

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00214-CV

**BLACK DRAGON CAPITAL INVESTMENT MANAGEMENT, LLC**; Black Dragon
Capital Debt SPV, LLC; Grass Valley USA, LLC; and Louis Hernandez, Jr.,
Appellants

v.

Andrew David Jonathan **CROSS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI22348
Honorable John J. Specia, Jr., Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: April 17, 2024

DISMISSED

On April 8, 2024, the parties filed a joint motion to voluntarily dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM